| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
v. §   NO. 1:20-CR-22-MAC
§
PAUL ANDREW CABIRO, §
§
    Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED** and that the Defendant, Paul Andrew Cabiro, is competent. The speedy trial time shall be excluded from March 16, 2020 until the date of this order.

SIGNED at Beaumont, Texas, this 12th day of November, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE